# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALLIED WORLD SPECIALTY INSURANCE COMPANY, | Case No.: 8:17-cv-490 |
| Plaintiff, | **ORDER CONTINUING HEARING ON DEBTOR'S EXAMINATION AND FOR DEFENDANTS TO SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CONTEMPT OF COURT** |
| v. | |
| NEBRASKA ELECTRICAL SERVICES, LLC; and JUSTIN R. VONLOH, | |
| Defendants. | |

This matter came on for consideration of the Verified Motion to Continue Debtor's Examination and for Order to Show Cause filed by Plaintiff on April 23, 2018. (ECF # 76.) Upon consideration, the Court FINDS and ORDERS as follows:

1. The Verified Motion to Continue Debtor's Examination and for Order to Show Cause (ECF # 76) is granted.

2. The debtor's examination currently scheduled for April 26, 2018, at 1:30 p.m., is cancelled.

3. Defendant Justin VonLoh and a designated officer or member of Defendant Nebraska Electrical Services, LLC, shall appear before United States Magistrate Judge Susan M. Bazis in Courtroom 7 at the Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 1:30 p.m. on May 23, 2018, to testify for determining what property or assets may be subject to execution or garnishment toward satisfaction of the judgment rendered against them.

4. Defendants shall produce all books, records, documents, papers, and other materials that contain information concerning their respective assets, property, income, or indebtedness, dating from January 1, 2017, through the date of the hearing.

5. Defendants shall provide copies of the foregoing documents to Plaintiff's counsel at least seven (7) business days before the hearing. For reference, the contact information for Plaintiff's counsel is as follows:

> Jarrod D. Reece
> Likes Meyerson Hatch LLC
> 444 Regency Parkway Drive, Suite 100
> Omaha, NE 68114
> (402) 506-4600
> jreece@lmhlawfirm.com

6. Additionally, Defendants shall appear before United States Magistrate Judge Susan M. Bazis in Courtroom 7 at the Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 1:30 p.m on May 23, 2018, to show cause why they should not be held in contempt of court for failing to provide copies of all books, records, documents, papers, and other materials that contain information concerning their respective assets, property, income, or indebtedness, dating from January 1, 2017, to the present, prior to April 17, 2018, as previously ordered by this Court.

7. **Failure to appear at the hearing may result in a warrant being issued for the Defendants' arrest.**

IT IS SO ORDERED.

Dated this 24th day of April, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge

PREPARED AND SUBMITTED BY:

Bryan S. Hatch (#21009)
Jarrod D. Reece (#24800)
Likes Meyerson Hatch LLC
444 Regency Parkway Drive, Suite 100
Omaha, NE  68114
Telephone: (402) 506-4600
Facsimile:  (402) 506-4610
bhatch@lmhlawfirm.com
jreece@lmhlawfirm.com

and

Phillip G. Alber (P24802)
Alber Frank, PC
2301 W. Big Beaver Road, Suite 300
Troy, MI 48084
Telephone:  (248) 822-6190
Facsimile:  (248) 282-8100
palber@alberfrank.com

*Counsel for Plaintiff Allied World Specialty Insurance Company*