# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALLIED WORLD SPECIALTY INSURANCE COMPANY, | Case No.: 8:17-cv-490 |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY A CHARGING ORDER SHOULD NOT BE ENTERED** |
| v. | **(The Club at the Yard, LLC)** |
| NEBRASKA ELECTRICAL SERVICES, LLC; and JUSTIN R. VONLOH, | |
| Defendants. | |

Plaintiff has filed a motion for an order to show cause why a charging order should not be entered against Defendant Justin VonLoh's transferable interest in The Club at the Yard, LLC, pursuant to Neb. Rev. Stat. § 21-142, in the amount of $2,000,447.00. (Filing No. 50.) Upon consideration of that motion and the supporting brief and evidence, the motion is granted.

**IT IS ORDERED** as follows:

If Defendant Justin VonLoh or The Club at the Yard, LLC, wish to show cause why a charging order should not be entered against Defendant Justin VonLoh's transferable interest in The Club at the Yard, LLC, in the amount of $2,000,447.00, the party that wishes to show cause must file with the Court and serve upon counsel for Plaintiff Allied World Specialty Insurance Company an affidavit identifying the reason(s) why such an order should not be entered. Any such affidavit must be filed within ten (10) days of service of this Order upon the party that wishes to show cause. If no such affidavit is filed, the Court may enter such a charging order pursuant to Neb. Rev. Stat. § 21-142 without further notice.

Plaintiff shall serve a copy of this Order upon Justin VonLoh and The Club at the Yard, LLC, using any method authorized by applicable law.

**IT IS SO ORDERED.**

Dated this 25th day of April, 2018.

BY THE COURT:

S/ Susan M. Bazis
United States Magistrate Judge