# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALLIED WORLD SPECIALTY INSURANCE COMPANY, | Case No.: 8:17-cv-490 |
| Plaintiff, | |
| v. | **ORDER** |
| NEBRASKA ELECTRICAL SERVICES, LLC; and JUSTIN R. VONLOH, | |
| Defendants. | |

This matter is before the Court on the Joint Motion to Continue Hearing and Debtor's Examination. ([Filing No. 120](#).) The motion is granted.

Accordingly,

**IT IS ORDERED** as follows:

1. The debtor's examination and show cause hearing scheduled for June 18, 2018 are continued. Defendant Justin VonLoh and a designated officer or member of Defendant Nebraska Electrical Services, LLC, shall appear before United States Magistrate Judge Susan M. Bazis in Courtroom 7 at the Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **10:00 a.m. on July 12, 2018**, to testify for determining what property or assets may be subject to execution or garnishment toward satisfaction of the judgment rendered against them.

2. Defendants shall produce all books, records, documents, papers, and other materials that contain information concerning their respective assets, property, income, or indebtedness, dating from January 1, 2017, through the date of the hearing.

3. Defendants shall appear before United States Magistrate Judge Susan M. Bazis in Courtroom 7 at the Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **10:00 a.m. on July 12, 2018**, to show cause why they should not be held in contempt of court

for failing to provide copies of all books, records, documents, papers, and other materials that contain information concerning their respective assets, property, income, or indebtedness, dating from January 1, 2017, to the present, prior to April 17, 2018, as previously ordered by this Court.

4. Failure to appear at the hearing may result in a warrant being issued for the Defendants' arrest.

**IT IS SO ORDERED**.

Dated this 15th day of June, 2018.

BY THE COURT:

S/ Susan M. Bazis
United States Magistrate Judge