# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| ALLIED WORLD SPECIALTY INSURANCE COMPANY, | ) ) ) | Case No.: 8:17-cv-490 |
|---|---|---|
| Plaintiff, | ) ) ) | **CHARGING ORDER** **(The Club at the Yard, LLC)** |
| v. | ) ) | |
| NEBRASKA ELECTRICAL SERVICES, LLC; and JUSTIN R. VONLOH, | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Plaintiff's Motion for Entry of Charging Orders ([Filing No. 122](#)). This motion is granted. Accordingly,

**IT IS ORDERED**:

1. Plaintiff Allied World Specialty Insurance Company is hereby granted a charging order on Defendant Justin VonLoh's transferable interest in The Club at the Yard, LLC.

2. Pursuant to Neb. Rev. Stat. § 21-142, this charging order constitutes a lien on Defendant Justin VonLoh's transferable interest and requires The Club at the Yard, LLC, to pay over to Allied World Specialty Insurance Company any distribution that would otherwise be paid to Defendant Justin VonLoh.

3. Defendant Justin VonLoh shall not assign, sell, transfer, pledge, convey, or encumber any interest in The Club at the Yard, LLC, absent further Order from this Court.

4. Plaintiff Allied World Specialty Insurance Company shall have the right to make all inquiries, and review The Club at the Yard, LLC's books and records concerning the ongoing financial affairs of the company, as reasonably necessary to assure compliance with this Order.

Dated this 29th day of June, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge